AAGOT A. HANSEN, Appellant, v. GUDE BROTHERS, KIEFFER COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

LOUIS MANN and Another, Respondents, v. JULIAN GOLDMAN, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

LOUIS MANN and Another, Respondents, v. JULIAN GOLDMAN, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

LENA YOUNG, Respondent, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant.— Judgment reversed and new trial ordered, with costs to appellant to abide the event, upon the ground that the verdict is against the evidence and the weight thereof. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

ISAIOU TRADING CORPORATION, Appellant, v. SALVATORE AMAR, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

LOUIS LAVINO, Respondent, v. JOHN L. OCHSENHIRT (Sued as JOHN L. OCHENHIRT), Appellant, Impleaded with Another, Defendant.— Judgment and order reversed and new trial granted, with costs to appellant to abide the event unless plaintiff stipulates to reduce the judgment as entered to the sum of $14,003.11; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MID-CRO-STOWN RAILWAY COMPANY, Appellant, v. STATE TAX COMMISSION and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

CHARLES N. OLSON, Respondent, v. METAL PACKAGE CORPORATION OF NEW YORK, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide the event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $50,112.93; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.; Martin, J., dissenting and voting for reversal of the judgment and a new trial.

GENERAL ELECTRIC COMPANY, Appellant, v. UNITED STATES RADIATOR CORPORATION and Another, Appellants, Impleaded with NASON MANUFACTURING COMPANY and Another, Respondents, and Others, Defendants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

PATSY D'ANNUCCI, an Infant, by MICHELE D'ANNUCCI, His Guardian